[No. 14066-1-III.   Division Three.   June 29, 1995.]

CHERYL ALTMAN, *Appellant*, v. WALLA WALLA
COLLEGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-2-00196-8, Yancey Reser, J., entered
March 27, 1994. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Schultheis,
JJ.

[No. 33271-6-I.   Division One.   July 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
DELBERT BRANCH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06608-1, Frank L. Sullivan, J., judgment
and sentence entered August 10, 1993, findings and conclu-
sions entered August 19, 1993. *Affirmed* by unpublished
per curiam opinion.

[No. 34216-9-I.   Division One.   July 3, 1995.]

*In the Matter of the Personal Restraint of* MICKY RAY
DAVIS, *Petitioner*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00467-7, Byron Swedberg, J., entered
August 13, 1992. *Remanded* by unpublished per curiam
opinion.